### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINH MAC, | ) Case No. 1:19-cv-11706-LTS |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| ACACIA COMMUNICATIONS, INC., DAVID J. ALDRICH, PETER Y. CHUNG, BENNY P. MIKKELSEN LAURINDA Y. PANG, STAN J. REISS, JOHN RITCHIE, VINCENT ROCHE, and MURUGESAN SHANMUGARAI, | ) |
| Defendants. | ) |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Vinh Mac ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: September 11, 2019

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (BBO No. 657485)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
shopkins@zlk.com

*Attorneys for Plaintiff*

**LEVI & KORSINSKY, LLP**
Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
        etripodi@zlk.com

*Attorneys for Plaintiff*

Case 1:19-cv-11706-LTS   Document 5   Filed 09/11/19   Page 2 of 2

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 11th day of September, 2019, I caused a true and correct copy of the foregoing *Notice of Voluntary Dismissal* to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins